UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT



FILED

MAR 11 2019

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| SHANE HORTON, by his Guardian Ad Litem Yvonne Horton,<br><br>　　　　Plaintiff - Appellee,<br><br>　v.<br><br>CITY OF SANTA MARIA; et al.,<br><br>　　　　Defendants - Appellants. | No. 15-56339<br><br>D.C. No. 2:14-cv-06135-SJO-PJW<br>U.S. District Court for Central California, Los Angeles<br><br>**MANDATE** |

The judgment of this Court, entered February 01, 2019, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

　　　　　　　　　　　　　　　　FOR THE COURT:

　　　　　　　　　　　　　　　　MOLLY C. DWYER
　　　　　　　　　　　　　　　　CLERK OF COURT

　　　　　　　　　　　　　　　　By: Jessica F. Flores Poblano
　　　　　　　　　　　　　　　　Deputy Clerk
　　　　　　　　　　　　　　　　Ninth Circuit Rule 27-7