Bruce D. Praet, SBN 119430
FERGUSON, PRAET & SHERMAN
A Professional Corporation
1631 East 18th Street
Santa Ana, California 92705
(714) 953-5300 Telephone
(714) 953-1143 Facsimile
BPraet@aol.com

Attorneys for Defendants

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANE HORTON, by his guardian ad litem, YVONNE HORTON,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>CITY OF SANTA MARIA; SANTA MARIA POLICE DEPARTMENT; MARC SCHNEIDER; ANDREW BRICE; JEFFREY LOPEZ; ELIGIO LARA; DAVID CULVER; and DOES 1-10, INCLUSIVE,,<br><br>　　　　　　Defendants. | No. 2:14-CV-06135 JLS PJWx<br><br>**JOINT STATEMENT RE: SETTLEMENT CONFERENCE** |

　　　　PURSUANT TO THE COURT'S ORDER [DOC. 131], the parties submit the following Joint Statement following the settlement conference on April 9, 2021. Despite the best efforts of counsel, all parties and the encouragement of Magistrate Judge Early, the parties were unable to reach a resolution of this matter. The parties will continue to consider their respective positions and

/ / /

/ / /

/ / /

/ / /

1

1  appreciate Judge Early's willingness to make himself available if the parties
2  determine that further discussions might prove beneficial.
3  DATED: April 12, 2021                    FERGUSON, PRAET & SHERMAN
                                            A Professional Corporation
4
5                                           By:   /s/   Bruce D. Praet
                                                  Bruce D. Praet, Attorneys for
6                                                 Defendants
7  DATED: April 12, 2021                    MULLEN & HENZELL, LLP
8
                                            By:   /s/ Mack S. Staton
9                                                 Mack S. Staton, Attorneys for
                                                  Plaintiff