Bruce D. Praet, SBN 119430
FERGUSON, PRAET & SHERMAN
A Professional Corporation
1631 East 18th Street
Santa Ana, California 92705
(714) 953-5300 Telephone
(714) 953-1143 Facsimile
BPraet@aol.com

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANE HORTON, et al., <br><br> Plaintiff, <br><br> vs. <br><br> CITY OF SANTA MARIA, ANDREW BRICE, <br><br> Defendants. | Case No. 2:14-CV-06135 JLS PJWx <br><br> **DEFENDANTS' PROPOSED SPECIAL VERDICT FORM** |

    Pursuant to the Court's Order [Dkt. 156] and in accordance with the new Pretrial Conference Order [Dkt. 160]. Defendants submit the following proposed Special Verdict.

Dated: August 4, 2021

FERGUSON, PRAET & SHERMAN
A Professional Corporation

By:   /s/ Bruce D. Praet
Bruce D. Praet, Attorneys for Defendants

1

We, the jury, in the above-entitled action, find the following special verdict on the requests presented to us.

**QUESTION NO. 1:**

Has the Plaintiff proved by a preponderance of the evidence that Officer Andrew Brice unreasonably failed to summon medical care? \_\_\_\_YES \_\_\_\_NO

(If you answered "Yes" to Question No. 1, go to Question No. 2. If you answered "No" to Question No. 1, please go to Question No. 3)

**QUESTION NO. 2:**

Has the Plaintiff proved by a preponderance of the evidence that the conduct of Officer Brice was a substantial factor in causing the injury to Shane Horton?

_ \_\_\_\_YES \_\_\_\_NO

(Please go to Question No. 3)

**QUESTION NO. 3:**

Has the Plaintiff proved by a preponderance of the evidence that the City of Santa Maria acted with deliberate indifference by failing to provide adequate training for its officers?

\_\_\_\_YES \_\_\_\_NO

(If you answered "Yes" to Question No. 3, please go to Question No. 4. If you answered "No" to Question No. 3, please go to Question No. 5)

**QUESTION NO. 4:**

Has the Plaintiff proved by a preponderance of the evidence that deliberate indifference in training by the City of Santa Maria played a substantial part in bringing about or actually causing the injury to Shane Horton? \_\_\_YES \_\_\_NO

(Please go to Question No. 5)

2

**QUESTION NO. 5:**

Has the Plaintiff proved by a preponderance of the evidence that the City of Santa Maria acted with deliberate indifference in adopting an official widespread or longstanding practice or custom of depriving individuals of constitutional rights?

\_\_\_\_YES   \_\_\_\_\_ NO

(If you answered "Yes" to Question No. 5, please go to Question No. 6.  If you answered "No" to Question No. 5, please date and sign this form.)

**QUESTION NO. 6:**

Has the Plaintiff proved by a preponderance of the evidence that deliberate indifference by the City of Santa Maria in adopting an official widespread or longstanding practice or custom was so closely related to a deprivation of Shane Horton's rights as to be the moving force that caused his injuries?

\_\_\_\_\_YES   \_\_\_\_\_NO

(Please date and sign this form)

Dated: _____
                                          Foreperson