1
2
3
4
5
6

Mack Staton, SBN 89277
Jared M. Katz, SBN 173388
Rafael Gonzalez, SBN 210202
**MULLEN & HENZELL L.L.P.**
112 East Victoria Street
Santa Barbara, CA  93101
Phone:  (805) 966-1501
*mstaton@mullenlaw.com*
*jkatz@mullenlaw.com*
*rgonzalez@mullenlaw.com*

7
8
9
10
11
12

**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo (SBN 144074)
dalekgalipo@yahoo.com
Hang D. Le (SBN 293450)
hlee@galipolaw.com
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367
Tel: (818) 347-3333; Fax: (818) 347-4118

Attorneys for Plaintiff Shane Horton, by and through
his guardian ad litem Yvonne Horton

13

14                    **UNITED STATES DISTRICT COURT**

15                   **CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| 16  SHANE HORTON, by his guardian ad litem YVONNE HORTON,<br>17<br>18                    Plaintiffs,<br>19              v.<br>20  CITY OF SANTA MARIA; SANTA MARIA POLICE DEPARTMENT; MARC SCHNEIDER; ANDREW BRICE; JEFFERY LOPEZ; ELIGIO LARA; DAVID CULVER; DUANE SCHNEIDER AND DOES 2-10, INCLUSIVE.<br>23<br>24                    Defendants. | Case No. 2:14-cv-06135-JLS-PJW<br><br>*Honorable Josephine L. Staton*<br>*Mag. Judge Patrick J. Walsh*<br><br>**STIPULATION FOR ORDER GRANTING LEAVE FOR PLAINTIFF'S EXPERT RAYMOND F. PATTERSON, M.D. TO TESTIFY REMOTELY AT TRIAL VIA VIDEOCONFERENCE**<br><br>**Trial Date:**   August 25, 2021<br>**Time**:          9:00 a.m.<br>**Courtroom**:  10A (Santa Ana) |

25
26
27
28

1  **TO THE HONORABLE COURT**:

2      Plaintiff Shane Horton, by and through his guardian ad litem Yvonne Horton,

3  and Defendants City of Santa Maria, Santa Maria Police Department, and Andrew

4  Brice (collectively "the parties"), hereby stipulate as follows:

5      1.    Raymond F. Patterson, M.D. is Plaintiff's retained forensic psychiatry

6  expert. Dr. Patterson is expected to opine on, among other things, Plaintiff Shane

7  Horton's mental state at the time of the incident, the adequacy of the City of Santa

8  Maria's training and policies regarding mental health issues, including suicide, and

9  the officers' inadequate supervision and monitoring of arrestees.

10     2.    Dr. Patterson currently resides in Washington, D.C.

11     3.    Due to the ongoing COVID health crisis in this country, Dr. Patterson is

12  unable to travel due to the potential risks posed by COVID to his already-

13  compromised respiratory system.

14     4.    The trial in this action is currently set for August 25, 2021.

15     Pending the ability of the Court to logistically accommodate remote testimony

16  by this witness without prejudice to any party, the parties stipulate that there is good

17  cause for Dr. Patterson to remotely appear for his trial testimony by videoconference.

18  The parties request the Court issue an order granting leave for Plaintiff's expert

19  Raymond F. Patterson, M.D. to appear remotely for his trial testimony by video

20  conference.

21  //
22  //
23  //
24  //
25  //
26  //
27  //
28  //

STIPULATION FOR PLAINTIFF'S EXPERT RAYMOND F. PATTERSON, M.D. TO TESTIFY REMOTELY AT TRIAL

1  DATED:  August 19, 2021          LAW OFFICES OF DALE K. GALIPO

2

3                                               By_____*/s/ Hang D. Le*_____
4                                                      Dale K. Galipo
                                                        Hang D. Le
5                                                      Attorneys for Plaintiff

6

7  DATED:  August 19, 2021          MULLEN & HENZEL L.L.P.

8

9                                               By_____*/s/ Mack S. Staton*_____
10                                                     Mack S. Staton
                                                        Jared M. Katz
11                                                     Rafael Gonzalez
                                                        Attorneys for Plaintiff

12

13 DATED:  August 19, 2021          FERGUSON, PRAET & SHERMAN

14

15
16                                               By_____*/s/ Bruce D. Praet*_____
                                                        Bruce D. Praet
17                                                     Attorneys for Defendants

18

19

20

21

22

23

24

25

26

27

28

-2-
STIPULATION FOR PLAINTIFF'S EXPERT RAYMOND F. PATTERSON, M.D. TO TESTIFY REMOTELY AT TRIAL